UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE LERNOUT & HAUSPIE<br>SECURITIES LITIGATION | Civil Action No. 00-CV-11589 (PBS) |
| FILLER, et al.,<br>    Plaintiffs,<br>v.<br>LERNOUT, et al.<br>    Defendants. | Civil Action No. 02-CV-10302 (PBS) |
| STONINGTON PARTNERS, INC.,<br>et al.,<br>    Plaintiffs,<br>v.<br>DAMMEKENS et al.,<br>    Defendants. | Civil Action No. 02-CV-10303 (PBS) |
| BAMBERG, et al.,<br>    Plaintiffs,<br>v.<br>LERNOUT, et al.,<br>    Defendants. | Civil Action No. 02-CV-10304 (PBS)<br><br>CONSOLIDATED WITH |
| BAKER, et al.,<br>    Plaintiffs,<br>v.<br>KPMG LLP, et al.,<br>    Defendants. | Civil Action No. 02-CV-10305 (PBS) |

**DECLARATION OF SUONG T. NGUYEN IN SUPPORT OF KPMG LLP'S
MEMORANDUM OF LAW IN OPPOSITION TO SG COWEN'S MOTION TO
COMPEL AND IN SUPPORT OF CROSS-MOTION FOR PROTECTIVE ORDER**

I, Suong T. Nguyen, hereby declare the following to be true and correct:

1.    I am an associate at the law firm of Davis Polk & Wardwell, counsel for KPMG LLP. Based on my knowledge as counsel in this action, I submit this declaration in opposition to

SG Cowen's Motion to Compel and in Support of KPMG LLP's Cross-Motion for Protective Order.

2.  Attached hereto as Exhibits 1 through 43 are true and correct copies of the following:

Exhibit 1:   Scheduling Order of Judge Saris dated February 26, 2003;

Exhibit 2:   Amended Scheduling Order of Magistrate Judge Collings dated April 2, 2004;

Exhibit 3:   Further Amended Scheduling Order of Magistrate Judge Collings dated June 28, 2004;

Exhibit 4:   Notice of Deposition of Robert McLamb dated September 28, 2004 by Defendant Gaston Bastiaens;

Exhibit 5:   Notice of Deposition of Richard Breslow dated September 28, 2004 by Defendant Gaston Bastiaens;

Exhibit 6:   Notice of Deposition of John Guinan dated September 28, 2004 by Defendant Gaston Bastiaens;

Exhibit 7:   Notice of Deposition of James Boyer dated September 28, 2004 by Defendant Gaston Bastiaens;

Exhibit 8:   Notice of Deposition of Jason Kneeland dated September 28, 2004 by Defendant Gaston Bastiaens;

Exhibit 9:   Notice of Deposition of Michael Maschio dated September 28, 2004 by Defendant Gaston Bastiaens;

Exhibit 10:  Notice of Deposition of Paul Sisson dated September 28, 2004 by Defendant Gaston Bastiaens;

Exhibit 11:  Notice of Deposition of Digby Wirtz dated September 28, 2004 by Defendant Gaston Bastiaens;

Exhibit 12:  Notice of Deposition of 30(b)(6) witness from KPMG LLP dated October 1, 2004 by Defendant Gaston Bastiaens;

Exhibit 13:  Notice of Deposition of Robert McLamb dated October 1, 2004 by Defendant SG Cowen Securities Corporation;

Exhibit 14:  Notice of Deposition of Robert McLamb dated October 4, 2004 by Defendants Vandendiessche, Cauwelier and Depauw;

Exhibit 15:   Notice of Deposition of Richard Breslow dated October 4, 2004 by Defendants Vandendiessche, Cauwelier and Depauw;

Exhibit 16:   Notice of Deposition of John Guinan dated October 4, 2004 by Defendants Vandendiessche, Cauwelier and Depauw;

Exhibit 17:   Notice of Deposition of James Boyer dated October 4, 2004 by Defendants Vandendiessche, Cauwelier and Depauw;

Exhibit 18:   Notice of Deposition of Jason Kneeland dated October 4, 2004 by Defendants Vandendiessche, Cauwelier and Depauw;

Exhibit 19:   Notice of Deposition of Michael Maschio dated October 4, 2004 by Defendants Vandendiessche, Cauwelier and Depauw;

Exhibit 20:   Notice of Deposition of Paul Sisson dated October 4, 2004 by Defendants Vandendiessche, Cauwelier and Depauw;

Exhibit 21:   Notice of Deposition of Digby Wirtz dated October 4, 2004 by Defendants Vandendiessche, Cauwelier and Depauw;

Exhibit 22:   Notice of Deposition of 30(b)(6) witness from KPMG LLP dated October 4, 2004 by Defendants Vandendiessche, Cauwelier and Depauw;

Exhibit 23:   Revised Notice of Deposition of 30(b)(6) witness from KPMG LLP dated October 6, 2004 by Defendant Gaston Bastiaens;

Exhibit 24:   Notice of Service of Subpoena on Robert McLamb dated October 6, 2004 by Defendant Bastiaens;

Exhibit 25:   Notice of Service of Subpoena on Richard Breslow dated October 6, 2004 by Defendant Bastiaens;

Exhibit 26:   Notice of Service of Subpoena on John Guinan dated October 6, 2004 by Defendant Bastiaens;

Exhibit 27:   Notice of Service of Subpoena on James Boyer dated October 6, 2004 by Defendant Bastiaens;

Exhibit 28:   Notice of Service of Subpoena on Jason Kneeland dated October 6, 2004 by Defendant Bastiaens;

Exhibit 29:   Notice of Service of Subpoena on Michael Maschio dated October 6, 2004 by Defendant Bastiaens;

Exhibit 30:   Notice of Service of Subpoena on Paul Sisson dated October 6, 2004 by Defendant Bastiaens;

Exhibit 31: Gaston Bastiaens' First Request for Admission Propounded to Defendants KPMG LLP and Klynveld Peat Marwick Goergeler Bedrijfsrevisoren dated October 6, 2004;

Exhibit 32: Gaston Bastiaens' First Request for Production of Documents to Defendants KPMG LLP and Klynveld Peat Marwick Goergeler Bedrijfsrevisoren dated October 6, 2004;

Exhibit 33: Defendant Gaston Bastiaens' Response to Plaintiffs' First Set of Requests for Production of Documents and Things dated April 30, 2004;

Exhibit 34: Docket Sheet entry of Order of Judge Saris dated September 27, 2004;

Exhibit 35: Letter from Bastiaens' Counsel to Judge Saris dated September 30, 2004;

Exhibit 36: Letter from Audit Committee Directors' Counsel to Judge Saris dated September 29, 2004;

Exhibit 37: Letter from SG Cowen's Counsel to Judge Saris dated October 4, 2004;

Exhibit 38: Letter from Bastiaens' Counsel to KPMG LLP's Counsel dated October 6, 2004; and Letter from KPMG LLP's Counsel responding to same.

Exhibit 39: Letter from KPMG LLP's Counsel to Bastiaens' Counsel dated October 1, 2004;

Exhibit 40: Letter from Bastiaens' Counsel to KPMG LLP's Counsel dated October 1, 2004;

Exhibit 41: Letter from KPMG LLP's Counsel to Bastiaens' Counsel and Counsel for RVD Securities, N.V., Vandendiessche, Cauwelier and Depauw dated October 4, 2004;

Exhibit 42: Letter from KPMG LLP's Counsel to SG Cowen's Counsel dated October 4, 2004;

Exhibit 43: Transcript of February 13, 2003 Scheduling Conference before Judge Saris;

Exhibit 44: KPMG LLP's Supplemental Responses and Objections to Interrogatory No. 2 of Class Plaintiffs' First Set of Interrogatories to KPMG LLP, dated June 15, 2004.

3. Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct. Executed at New York, New York this 12th day of October 2004.

Suong T. Nguyen