## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **IN RE LERNOUT & HAUSPIE SECURITIES LITIGATION** | ) ) ) | **CIVIL ACTION NO.** <br> **00-11589 (PBS)** |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | ) ) ) ) | |

### AFFIDAVIT OF LAKEETA M. KING IN SUPPORT OF CLASS PLAINTIFFS' MOTION TO MODIFY THIS COURT'S DECEMBER 22, 2004 ORDER AND FINAL JUDGMENT

I, Lakeeta M. King, being duly sworn, declare as follows:

1.      I am a Claims Administration Supervisor in A.B. Data, Ltd.'s Class Action and Complex Litigation Support Services Division ("A.B. Data") in Milwaukee, Wisconsin. A.B. Data offers a full range of class action and complex litigation support services. My business address is 4057 North Wilson Drive, Milwaukee, Wisconsin 53211. My telephone number is (414) 963-6445.

2.      I submit this Affidavit in support of Class Plaintiffs' motion to modify this Court's December 22, 2004 Order And Final Judgment in the consolidated action entitled *In re Lernout & Hauspie Securities Litigation*, Civil Action No. 00-11589 (PBS), United States District Court, District of Massachusetts, at the request of the Plaintiffs' Counsel. This Affidavit updates my December 16, 2004 Supplemental Affidavit regarding Requests for Exclusion.

3.    This Affidavit is based upon my personal knowledge and upon information provided by

Plaintiffs' Counsel, my associates, and staff.


4.    During claims processing, A.B. Data, Ltd. uncovered three (3) complete and timely

Requests For Exclusion (representing 1050 shares) that were not included in my December 16,

2004 Supplement Affidavit.  As such, these three individuals, were not excluded from the

settlement pursuant to this Court's December 22, 2004 Order And Final Judgment.  Copies of

these valid requests for exclusion have been attached as Exhibit 1.


        I declare under penalty of perjury that the foregoing is true and correct.  If called as a

witness, I could and would competently testify thereto.


_____                    Date: May 2, 2005

Lakeeta M. King


SUBSCRIBED and SWORN before me on the 2 day of May 2005.


_____

Tonya  Hughes
Notary Public – State of Wisconsin

My commission is permanent




Affidavit of Lakeeta M. King

*In re Lernout & Hauspie Securities Litigation*, Civil Action No. 00-11589 (PBS)

2

# Exhibit 1

KPMG – Lernout & Hauspie Securities
Litigations Exclusions,
c/o A.B. Data LTd.,
P.O. Box 170500,
MILWAUKEE, WI 53217

RECEIVED

NOV 2 9 2004

UNITED STATES OF AMERICA

Date: _25-11-2004_,

Dear Madame,
Dear Sir,

Conc.: Exclusion from the Class

I hereby formally requests exclusion from the Class in the KPMG  - Lernout & Hauspie
Securities Litigation, Civil Action No. 00-CV-11589.

Enclosed I provide you with the date(s), price(s), and number(s) of shares, call options or put
options of all purchases and sales of L&H during the period 28 April 1998 and 9 November
2000 (see annexes).

Sincerely yours,

_Dens R_
Signature

_Dens Reimtole_
Name

_STEENWINKEL STR 389_ (street and house number)
_2627 SCHELLE_ (Postal Code and City)
_BELGIE_ (Country)
Address

_0496 73 77 22_
Phone number

**Annex 1– Purchases of L&H common stock on NASDAQ between 28/04/1998 and
9/11/2000 (inclusive)**

| Date of purchase (chronologically) | Price per share | Number of shares |
|---|---|---|
| 17-02-1998 | 35,57 | 400 |
| 11-05-1998 | 27,90 | 400 |
| 09-08-2000 | 30,00 | 500 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Annex 2–Sales of L&H common stock on NASDAQ between 28/04/1998 and 9/11/2000 (inclusive)**

| Date of sales (chronologically) | Price per share | Number of shares |
|---|---|---|

| | | |
|---|---|---|
| 25-05-2000 | 39, 37 | 800 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Annex 3–Purchases of Call Options contracts on L&H common stock between 28/04/1998 and 9/11/2000 (inclusive) on an United States-Based Options Exchange**

| Date of Purchase (chronologically) | Number of Call Option Contracts | Expiry Month and Year (XX/XX) | Strike Price in USD | Purchase Price Per Call Option Contract in USD | Enter 'E' if Exercised; 'X' if Expired; or 'S' when sold | Exercise or Expiration Date |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Annex 6–Purchases of Put Options contracts on L&H common stock between 28/04/1998 and 9/11/2000 (inclusive) on a United States-Based Options Exchange**

| Date of Purchase (chronologically) | Number of Put Option Contracts | Expiry Month and Year (XX/XX) | Strike Price in USD | Purchase Price Per Put Option Contract in USD | Enter 'E' if Exercised; or 'X' if Expired; | Exercise or Expiration Date |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Annex 5–Sales of Put Options contracts on L&H common stock between 28/04/1998 and 9/11/2000 (inclusive) on a United States-Based Options Exchange**

| Date of Sales (chronologically) | Number of Put Option Contracts | Expiry Month and Year (XX/XX) | Strike Price in USD | Sale Price Per Put Option Contract in USD | Enter 'E' if Exercised; or 'X' if Expired; | Exercise or Expiration Date |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

|  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

**Annex 4–Sales of Call Options contracts on L&H common stock between 28/04/1998 and 9/11/2000 (inclusive) on a United States-Based Options Exchange**

| Date of Sales (chronologically) | Number of Call Option Contracts | Expiry Month and Year (XX/XX) | Strike Price in USD | Sale Price Per Call Option Contract in USD | Enter 'E' if Exercised; or 'X' if Expired; | Exercise or Expiration Date |
|--|--|--|--|--|--|--|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

PRIOR

BELGIQUE
E
L
G € 1,60
I — E
AARTBELAAR 1
AARTBELAAR 1

2830
25.11.04-11

KPMG - Lernout & Hauspie Securities
Litigation Exclusions

c/o A.B. Data (Ltd.)

P.O. Box 170500

Milwaukee, WI 53217

UNITED STATES OF AMERICA.



A PRIOR

KPMG – Lernout & Hauspie Securities
Litigations Exclusions,
c/o A.B. Data LTd.,
P.O. Box 170500,
MILWAUKEE, WI 53217

**UNITED STATES OF AMERICA**

Date: _december 1ᵗ 2004,_

Dear Madame,
Dear Sir,

Conc.:            Exclusion from the Class

I hereby formally requests exclusion from the Class in the KPMG   - Lernout & Hauspie
Securities Litigation, Civil Action No. 00-CV-11589.

Enclosed I provide you with the date(s), price(s), and number(s) of shares, call options or put
options of all purchases and sales of L&H during the period 28 April 1998 and 9 November 2000
(see annexes).

Sincerely yours,

_____
Signature

_VAN HOLLEBEKE Eduard_
Name

_PARKLAAN 135_         (Street and house number)
_2300 TURNHOUT_         (Postal Code and City)
_BELGIUM_              (Country)
Address

_(32) 14928148_
Phone number

1/1

**Annex 1– Purchases of L&H common stock on NASDAQ between 28/04/1998 and 9/11/2000 (inclusive)**

| ▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ |
|---|---|---|
| 2000 - 07 - 18 | 36, 06250  (USD) | ——— 160 ——— |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Dr. E. VAN HOLLEBEKE
kinderartspraktijk bvba
2300 Turnhout
Tel. 014/42.81.48
1/15599/25/690







KPMG – Lernout & Hauspie Securities
Litigations Exclusions,
c/o A.B. Data LTd.,
P.O. Box 170500,
MILWAUKEE, WI 53217

**RECEIVED**

NOV 30 2004

**UNITED STATES OF AMERICA**

November 23, 2004.

Dear Madame,
Dear Sir,

Conc.:         Exclusion from the Class

I hereby formally requests exclusion from the Class in the KPMG  - Lernout & Hauspie
Securities Litigation, Civil Action No. 00-CV-11589.

Enclosed I provide you with the date(s), price(s), and number(s) of shares, call options or put
options of all purchases and sales of L&H during the period 28 April 1998 and 9 November 2000
(see annexes).

Sincerely yours,

Patrick Faes

Vaartkant links 5
B-2960 St.-Lenaarts
Belgium

☎ + 32 (0) 3 313.96.39

**Annex 1– Purchases of L&H common stock on NASDAQ between 28/04/1998 and 9/11/2000 (inclusive)**

| Date of purchase (chronologically) | Price per share | Number of shares |
|---|---|---|
|  |  |  |
| 20-04-2000 | 98.000 USD | 20 |
| 25-05-2000 | 39.875 USD | 30 |
| 10-08-2000 | 28.000 USD | 80 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |



KBC Securities

KBC Securities

                                                    ANTWERPEN,            20.04.00
                                                    Ref.        120-8355546 0000

                                                    ACT                 USR4444444
                                                    Code                771760-000

FAES PATRICK
Te verrekenen bedragen      311053/404.000.001
Effectendossier             311053/000

Wij hebben voor U GEKOCHT te - New York -
Op datum van 20.04.00 volgende effecten :


LERNOUT & HAUSPIE
ISIN code : BE 015728548 8
            20      aan             98,00000   USD      1.960,00  USD
                    MAKELAARSLOON                           29,50  USD
                    BEURSTAKS                                3,33  USD
                    TOTAAL NETTO.................         1.992,83  USD
                    Wisselkoers      43,160229
                    DEBET..............               86.011,00  BEF VAL. 26.04.00

193000420
31  al betaalde taks. - Ministeriële vergunning van 10-01-1992, nr. E.T.T. 720


                                                    ANTWERPEN,          25.05.00

FAES PATRICK
EDR  311053


BORDEREL  120-8571517

UW AANKOOP                      25.05.00          New York

                                                        1.196,25  USD
  30   LERNOUT & HAUSPIE aan 39,87500   USD
                    MAKELAARSLOON                           29,50  USD
                    BEURSTAKS                                2,03  USD
                    TOTAAL NETTO                         1.227,78  USD


            TOTAAL NETTO DEBET                   1 USD =      55.115,00  B
            VALUTA  31.05.00                                  44,889964  B


    Wanneer u uw rekening provisioneert, doe dit dan steeds met mededeling
    +++031/1053/000/93+++
    Globaal betaalde taks. - Ministeriële vergunning van 10-01-1992, nr. E.T.T. 720


                                                    ANTWERPEN,          10.08.00    KBC
                                                                                  Securities
FAES PATRICK
EDR  311053


BORDEREL  120-9033900

UW AANKOOP                      10.08.00          New York

                                                        2.240,00  USD
  80   LERNOUT & HAUSPIE aan 28,00000   USD
                    MAKELAARSLOON                           29,50  USD
                    BEURSTAKS                                3,81  USD
                    TOTAAL NETTO                         2.273,31  USD


            TOTAAL NETTO DEBET                   1 USD =     101.594,00  BEF
            VALUTA  15.08.00                                  44,689901  BEF